1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,       )   Case No.: SACR 20-0059-JLS
                                )
              Plaintiff,        )
                                )
       vs.                      )   ORDER OF DETENTION AFTER HEARING
                                )     [Fed. R. Crim. P. 32.1(a)(6);
                                )      18 U.S.C. § 3143(a)]
Daniel Flores,                  )
                                )
              Defendant.        )
_____)

18   The defendant having been arrested in this District pursuant to

19   a  warrant  issued  by  the  United  States  District  Court  for  the

20   Central Dist./Calif. _____ for alleged violation(s) of the terms and

21   conditions of (his)/her [probation] (supervised release); and

22      The  Court  having  conducted  a  detention  hearing  pursuant  to

23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24      The Court finds that:

25   A.   (✓)  The defendant has not met (his)/her burden of establishing by

26        clear and convincing evidence that (he)/she is not likely to flee

27        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28   based on _absconder status, apparent ongoing substance_

1 | _abuse, unemployed, no known bail resources_

2

3

4 | and/or

5 | B.   (✓)   The defendant has not met (his)/her burden of establishing by

6 | clear and convincing evidence that (he)/she is not likely to pose

7 | a danger to the safety of any other person or the community if

8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based

9 | on: _subject to a restraining order, substance abuse, prior_

10 | _violations of release, ~~too~~ criminal history_

11

12

13

14 |     IT THEREFORE IS ORDERED that the defendant be detained pending

15 | the further revocation proceedings.

16

17 | Dated: _Jan. 17, 2023_             _hu Rucenbluth_

18 |                                    JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE